

# EXHIBIT 9



**UMC**
UNIVERSITY MEDICAL CENTER
THE SYMBOL OF EXCELLENCE

KEYES, CHRISTINE          1960
DR SLATTERY, DAVID E
REG 06C42006 F

## INTERDISCIPLINARY PROGRESS NOTES
## IPOC EVALUATION RECORD

**Discipline Codes ( D )**
DR = Physician           N = Nursing              PH = Pharmacy
D = Dietary              R = Respiratory          ET = Enterostomal
ST = Speech Therapy      OT = Occupational Therapy PT = Physical Therapy
CM = Case Manager        SWK = Social Work        C = Clergy

| DATE | TIME | D | Progress Notes |
|---|---|---|---|
| 6/04/06 | 2210 | N | pt admitted to trauma ICU Bed 896. via TER stretcher. tx to ICU bed c̄ backboard & C-spine stabilization maintained. pt a&o x 3. moaning & groaning. c/o pain to hips & legs when turning. aspen collar intact. pt hip abductor intact. paged ortho tech for Bucks traction set up. pt has 2 PIV. 18g to R & L hand. very sensitive to IV medications, screams out in pain & curses. |
| 6/04/06 | 2215 | N | BP          HR     RR     O2Sat           Temp°<br>129/66 (80)  84     22     99     pt on RA   35.9 |
| | | | pt turned. back free of breakdown; blankets placed on pt |
| 6/04/06 | 2230 | N | 135/69 (81)  85     24     99                36¹ |
| | | | Morphine 5mg IVP given. |
| 6/04/06 | 2235 | N | pt c/o being itchy. raised hives on arms. Dr Johnson notified. Benadryl 25 mg IVP given. — CR |
| 6/04/06 | 2245 | N | pt denies any itchyness. hives are gone. |
| 6/04/06 | 2300 | N | 114/73 (81)  88     23     99                34.9 |
| | | | Family @ bedside. pt very emotional. admission sheet completed. ortho tech @ bedside to set up traction to bed. repositioned boot on ® leg + abductor pillow. pt hollered in pain. |
| 6/04/06 | 2305 | N | Fentanyl 25 mg IVP given. |
| 6/04/06 | 2310 | N | pt ↓ pain. Family @ bedside. — CR |

**Signature Log:**

| Name and Title | Initial | Shift | Name and Title | Initial | Shift |
|---|---|---|---|---|---|
| C Rodriguez RN | CR | 1900 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

➤ **PROMOTE PATIENT SAFETY – 1) Do NOT use these dangerous abbreviations**

~~AD  AS  AU  IU  U  QD  OS  OU  OD  Q OD  MS  MSO₄  MgSO₄  UG  trailing zero~~

(Continue on Reverse Side)                                    Page 1-

Form # IPN – 014 (Rev. 10/02, 1/03, 6/05)

KEYES
002823

# EXHIBIT 10



# ADULT CRITICAL CARE FLOW SHEET

PATIENT IDENTIFICATION
KEYES, CHRISTINE
DR SLATTERY, DAVID E
REG 060420

Page 7 of 8  Date 6-5-06  0000 - 1159

**Isolation:** ☐Yes ☒No  Dc'd time ____
**Culture Time:** ____
**Type:** ____  **Type:** ____
**Organism:** ____  **Site:** ____

| √ = Yes | Zeroed | Insert Date | No Complications | Erythema | Drainage | Tender | Swelling | Site Care Hr. | ▲ Tubing | Line Dc'd |
|---|---|---|---|---|---|---|---|---|---|---|
| ART LINE / Site | | | 0/4/8 | | | | | | | |
| CENTRAL LINE / Type / Site | | | 0/4/8 | | | | | | | |
| Type / Site | | | 0/4/8 | | | | | | | |
| PERIPHERAL LINES / Type 18g / Site R hand | | 6/4 | 0/4/8 ✓ | | | | | | | |
| Type 18g / Site L hand | | 6/4 | 0/4/8 ✓ | very sensitive to flushes/meds | | | | | | |
| Type 18g / Site R FA | | 6/5 | 0/4/8 | | | | | | | |
| Type / Site | | | 0/4/8 | | | | | | | |
| ICP LINE / Type / Site | | | 0/4/8 | | | | | | | |

**Type** ____ **Site** ____ **Site Care Time** ____ ☐NA
**Observation:** ____

**Type** ____ **Site** ____ **Site Care Time** ____ ☐NA
**Observation:** ____

☐ Dressing Change (L) 2T toe fx ☐NA
Site/Observation: c lac-sutures.  Time: ____

☐ Dressing Change pelvic fx ☐NA
Site/Observation: ____  Time: ____

☐ Pleural ☐Right ☐Left ☐Air leak ☐No ☐Suction____ cm H₂O ☐Gravity
Comments: ____  Site Care Time ____
☐Mediastinal ☐Suction____ cm H₂O ☐Gravity
Comments: ____  Site Care Time ____

PUMPS: Channels x 2  ☐PCA ☐Enteral Feeding ☐Sump
DEVICES: ☐Hypo/Hyperthermia ☐K-Pad
☒Seq. Comp ☒Legs L R  ☐Feet L R
☐Other: ____
☐Other: ____

☐ Traction: Type ____ Wt. ____ Site ____
☐ Cast: Type ____ Site ____
☐ Splint: Type ____ Site ____
☐ Brace: Type ____ Site ____
☐ Aspen Collar ☒Other abduct pillow

---

1200 - 2329

**Isolation:** ☐Yes ☒No  Dc'd time ____
**Culture Time:** ____
**Type:** ____  **Type:** ____
**Organism:** ____  **Site:** ____

| √ = Yes | Zeroed | Insert Date | No Complications | Erythema | Drainage | Tender | Swelling | Site Care Hr. | ▲ Tubing | Line Dc'd |
|---|---|---|---|---|---|---|---|---|---|---|
| ART LINE / Site | | | 12/16/20 | | | | | | | |
| CENTRAL LINE / Type / Site | | | 12/16/20 | | | | | | | |
| Type / Site | | | 12/16/20 | | | | | | | |
| PERIPHERAL LINES / Type 18g / Site R FA | | 6/5 | 12/16/20 ✓ | | | | | | | |
| Type / Site | | | 12/16/20 | | | | | | | |
| Type / Site | | | 12/16/20 | | | | | | | |
| Type / Site | | | 12/16/20 | | | | | | | |
| ICP LINE / Type / Site | | | 12/16/20 | | | | | | | |

KEYES
002854

**Type** ____ **Site** ____ **Site Care Time** ____ ☐NA
**Observation:** ____

**Type** ____ **Site** ____ **Site Care Time** ____ ☐NA
**Observation:** ____

☐ Dressing Change (L) Big toe lac c ☐NA
Site/Observation: sutures OTA.  Time: ____

☐ Dressing Change ecchymotic area to (R) ☐NA
Site/Observation: forearm.  Time: ____

☐ Dressing Change healed lac to forehead (small) ☐NA
Site/Observation: ____  Time: ____

☐ Dressing Change ____ ☐NA
Site/Observation: ____  Time: ____

☐ Pleural ☐Right ☐Left ☐Air leak ☐No ☐Suction____ cm H₂O ☐Gravity
Comments: ____  Site Care Time ____
☐Mediastinal ☐Suction____ cm H₂O ☐Gravity
Comments: ____  Site Care Time ____

PUMPS: Channels x 1  ☐PCA ☐Enteral Feeding ☐Sump
DEVICES: ☐Hypo/Hyperthermia ☐K-Pad
☒Seq. Comp ☒Legs L R  ☐Feet L R
☐Other: ____
☐Other: ____

☐ Traction: Type ____ Wt. ____ Site ____
☐ Cast: Type ____ Site ____
☐ Splint: Type ____ Site ____
☐ Brace: Type ____ Site ____
☐ Aspen Collar ☒Other abductor pillow.

# EXHIBIT 11

# GREENLEAF NEVADA

**GreenLeaf** — Auto Recyclers
Quality Recycled Auto Parts
Delivered As Promised™
GreenLeafAuto.com

4995 COPPER SAGE ST
LAS VEGAS NV 89115-1819
702-644-7722  CSD: 800-845-7699  FAX: 702-644-1648

**SOLD TO:** DALLAS HORTON & ASSOCIATES
520 S. FOURTH STREET
LAS VEGAS NV 89101

Invoice D236537
09/22/06  16:38
Counter Sale

| TERMS | | | | | | | |
|---|---|---|---|---|---|---|---|
| CASH | CHARGE | C.O.D. | DISMANTLER | R.O.A. | CREDIT | CORE EXCHANGE | P.O. NUMBER |
| | | C.O.D. | | | | | |

| WORK ORDER NO. | ACCT. NO. | PHONE NUMBER | ORDER BY | DEPARTMENT | SALES PERSON | P.O. NUMBER | DATE ORDERED |
|---|---|---|---|---|---|---|---|
| 54320 (LV) | | SHOP | 1 | | 002/(002) | | |

| ITEM / DESCRIPTION | STOCK NO. | LOC. | AMOUNT |
|---|---|---|---|
| 1  COMPLETE VEHICLE, ACCENT '2004<br>1.6L, AT, SED, FWD, 6L<br>VIN KMHCG35C24U585194 | LRS61246 | HLD03a(LV) | 1614.53 |

| | |
|---|---|
| SUBTOTAL | 1614.53 |
| SALES TAX | 0.00 |
| SHIPPING CHARGES | 0.00 |
| **TOTAL** | **1614.53** |

**PAID BY (CIRCLE ONE):** CASH  CHECK  CREDIT CARDS

RECEIVED BY X _Sam Marsh_

See reverse side for details on Greenleaf Warranty Policy.

Payment Terms: Due 15th of the

**G. Dallas Horton & Associates**
Operating Account
530 South Fourth Street
Las Vegas, NV 89101
(702) 380-3100

**usbank**
usbank.com

24624
94-169/1212

DATE __9/22/2006__

PAY TO THE
ORDER OF __Green Leaf Auto Recycle__ $ ***1,614.53__

__One Thousand Six Hundred Fourteen and 53/100*************__ DOLLARS

Green Leaf Auto Recycle
4995 Copper Sage Street
Las Vegas, NV 89115

VOID AFTER 180 DAYS

MEMO __Keyes,Christine : Purchase of Keyes,Christine vehicl__

7518

---

G. Dallas Horton & Associates / Operating Account         24624

   Green Leaf Auto Recycle                                              9/22/2006
   Client Costs             Keyes,Christine : Purchase of Keyes,Christine vehicl          1,614.53

U.S. Bank Operating     Keyes,Christine : Purchase of Keyes,Christine v            1,614.53

G. Dallas Horton & Associates / Operating Account         24624

   Green Leaf Auto Recycle                                              9/22/2006
   Client Costs             Keyes,Christine : Purchase of Keyes,Christine vehicl          1,614.53

U.S. Bank Operating     Keyes,Christine : Purchase of Keyes,Christine v            1,614.53

Please Reorder from Priority Business Checks Ph. (702) 263-2435 Fax (702) 263-2436 (Ask About All Your Printing Needs)

G. DALLAS HORTON
RICHARD C. SIPAN††
J. BAUER HORTON† OF COUNSEL

† Also actively licensed in California & Hawaii
† Also licensed in Arizona, Oregon & Washington
P Also actively licensed in Texas

530 SOUTH FOURTH STREET

# G. DALLAS HORTON & ASSOCIATES

ATTORNEYS AT LAW
*Exclusively Personal Injury*

## FACSIMILE TRANSMITTAL PAGE

September 22, 2006

TEL (702) 380-3100
FAX (702) 385-3059

LAS VEGAS, NEVADA 89101

COPY

| | | |
|---|---|---|
| Attention | : | Rob (702 429-0140) |
| To | : | Greenleaf Auto Recycle |
| Fax Number | : | 702 644-1648 |
| From | : | *Vanessa @ G. Dallas Horton & Associates* |
| Regarding | : | The Hyundai Accent 4 door Sedan (Green) |

Number of pages including cover sheet 1

Comments:

This facsimile is to confirm our conversation today regarding the purchase of said motor vehicle described above. As we discussed the purchase amount of the vehicle is $1,614.53, and that you will pull the vehicle to prevent any sells of the parts. Our office Runner will deliver the check to Greenleaf Auto Recycle on or before 12:00 noon today. Once you receive payment from and issue a receipt of purchase will have Fast Towing remove the vehicle from your property. We will issue the check today and our runner will deliver the check to your office on or before noon.

Thank you for your immediate attention to this matter. Your professional courtesy and cooperation is greatly appreciated. If you have any question please contact me at (702) 380-3100.

_____ Will Follow by Mail

_____ Will Follow by Legal Alternative Courier

__X__ Will Not Follow

# EXHIBIT 12

G. DALLAS HORTON

J. BAUER HORTON[F]

[F Also actively licensed in Texas]

[O Of Counsel]

# G. DALLAS HORTON
## & ASSOCIATES
ATTORNEYS AT LAW
*Exclusively Personal Injury*

RICHARD C. SIPAN[††]

CINEMA GREENBERG[£]

[† Also actively licensed in California & Hawaii]

[‡ Also licensed in Oregon & Washington]

[£ Also actively licensed in New York]

4435 SOUTH EASTERN AVENUE
LAS VEGAS, NEVADA 89119

TEL (702) 380-3100
FAX (702) 385-3101

January 12, 2007

<u>VIA U.S Certified Mail & Facimile</u>
70011940000218246768
Fax 402-952-2413

Hyundai Motor Sales
Legal Department
10550 Talbert Ave
Fountain Valley, California 92708

Re: Christine Keys 2004 Hyundai Accent

Gentlemen:

This office has been retained by Ms. Keys regarding an accident that occurred on June 4, 2006 involving their 2004 Hyundai Accent. Ms. Keys vehicle was hit by a 2002 Dodge Stratus and at the time of impact Ms. Keys **airbags did not deploy.** The damage to the Accent was so substantial that this vehicle was declared a total loss by the insurance company.

As a result, this office has hired airbag experts who have determined that the air bags should have deployed but failed to do so. Therefore we will be submitting a demand for damages and injuries suffered by our client.

Ms. Keys was injured so severely that she had to be transported to University Medical Center Trauma Hospital.

We have preserved the evidence of this vehicle for your investigation. Please contact this office immediately upon receipt of this letter so that we can discuss this matter further.

Very truly yours,

G. DALLAS HORTON & ASSOCIATES

GDH/jlh

# EXHIBIT 13